

FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

For BM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Latasha Yolanda Sneed DEFENDANT(S). | CASE NUMBER 17-MJ-2228 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>September 13, 2017</u>, _____, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Jean P. Rosenbluth</u>, in Courtroom <u>690</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 9/8/2017

_____
U.S. ~~District Judge~~/Magistrate Judge